00-1005 JMR/FLN

The Garnishee sent the original Answer of Garnishee, by first-class mail, to :

Clerk of United States District Court
202 Federal Courthouse
300 South Fourth Street
Minneapolis, Minnesota 55415

SEP 09 2004

CINDY D. KIRKHUFF
LEGAL PROCESSOR

Cindy D. Kirkhuff
Garnishee

WELLS FARGO BANK N.A.
LEVY PROCESSING
MAC S3928-021
PO BOX 29779
PHOENIX, AZ 85038-9779

480-724-2000

SUBSCRIBED and SWORN to before me this

____ day of ____________, 2004.

________________________
NOTARY PUBLIC

ALMA CASTILLO
Notary Public - Arizona
Maricopa County
Expires 04/30/08

RECEIVED
BY MAIL

SEP 13 2004

CLERK US DIST COURT
MINNEAPOLIS MN