UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-1005 JMR/FLN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | |
| v. | ) | **GARNISHMENT ORDER** |
| LORREN A. HAGEN, Defendant, | ) | |
| WELLS FARGO, Garnishee. | ) | |

A Writ of Garnishment was duly issued by this Court and personally served on the garnishee and on the defendant. The garnishee indicates that the defendant has no funds in his bank account.

THEREFORE, IT IS ORDERED, that the Writ of Garnishment is hereby released.

Dated: September 14, 2004

*S/ Franklin L. Noel*
FRANKLIN L. NOEL
United States Magistrate Judge