00 CV 1005 JMR/FLN

Lorren A Hagen
408 Frank Hall Dr
Albert Lea, MN 56007-4548

SCANNED
SEP 23 2004
U.S. DISTRICT COURT ST. PAUL

**Other Orders/Judgments**
0:00-cv-01005-JMR-FLN USA v. Hagen **CASE CLOSED on 06/14/2000**

**U.S. District Court**

**District of Minnesota**

Notice of Electronic Filing

The following transaction was entered on 9/15/2004 at 3:23 PM CDT and filed on 9/15/2004

**Case Name:** USA v. Hagen
**Case Number:** 0:00-cv-1005
**Filer:**
**WARNING: CASE CLOSED on 06/14/2000**
**Document Number:** 18

**Docket Text:**
GARNISHMENT ORDER. Signed by Magistrate Judge Franklin L Noel on 9/14/04. (JLB)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1051215216 [Date=9/15/2004] [FileNumber=325318-0]
[2acd98a982dd1daf3772be0ce594449a00872f86220b099f56889c3c44685b3c7b5f
0807a87fc64221f71b4dc6c933dd611712d524abf6a68b55294038a75ebb]]

**0:00-cv-1005 Notice will be electronically mailed to:**

Mary Trippler mary.trippler@usdoj.gov, muriel.holland@usdoj.gov;usamnecf.civil@usdoj.gov

**0:00-cv-1005 Notice will not be electronically mailed to:**

Lorren A Hagen
408 Frank Hall Dr
Albert Lea, MN 56007-4548

Wells Fargo Bank
122 E Main St
Albert Lea, MN 56007-4548

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-1005 JMR/FLN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LORREN A. HAGEN,<br><br>Defendant,<br><br>WELLS FARGO,<br><br>Garnishee. | **GARNISHMENT ORDER** |

A Writ of Garnishment was duly issued by this Court and personally served on the garnishee and on the defendant. The garnishee indicates that the defendant has no funds in his bank account.

THEREFORE, IT IS ORDERED, that the Writ of Garnishment is hereby released.

Dated: September 14, 2004

*S/ Franklin L. Noel*
FRANKLIN L. NOEL
United States Magistrate Judge

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
OFFICE OF THE CLERK
ROOM 700 FEDERAL BUILDING
316 NORTH ROBERT STREET
ST. PAUL, MINNESOTA 55101-1460

OFFICIAL BUSINESS

DULUTH MN SEP 15'04

U.S. POSTAGE 00.37
H METER 597350

RETURNED TO SENDER
NOT DELIVERABLE AS ADDRESSED – UNABLE TO FORWARD

[redacted]

HAGE406 560072001 1N 04 09/18/04
RETURN TO SENDER

NO FORWARD ORDER ON FILE
UNABLE TO FORWARD
RETURN TO SENDER

FOE 7-16

[redacted]