UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-1005 JMR/FLN

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. LORREN A. HAGEN, Defendant. | **AMENDED DECLARATION OF DEFAULT, DISBURSEMENTS, IDENTIFICATION, NON-MILITARY SERVICE AND REQUEST FOR ENTRY OF JUDGMENT** |

Mary Trippler, Assistant United States Attorney, makes the following declaration in support of plaintiff's request for an amended default judgment pursuant to Rule 55, Fed. R. Civ. P.

1. I am an Assistant United States Attorney and one of the attorneys for the United States in the above action.

2. The complaint in this action was filed on April 18, 2000.

3. Defendant acknowledged service by mail of the Summons and Complaint, such acknowledgment being executed on April 23, 2000.

4. More than twenty days have elapsed since that service, and no answer or other pleading or notice of appearance has been served upon me or on the United States; accordingly, the defendant is in default in the premises, and the United States is entitled to judgment as sought in the complaint.

5. The amount due and owing by the defendant to the United States is:

| | |
|---|---|
| Principal | $1,093.00 |
| Court Costs | 150.00 |
| Interest to 11/9/99 | 503.02 |

plus additional prejudgment interest from 11/9/99, at 5%

| | |
|---|---|
| Principal | $1,509.70 |
| Interest to 11/9/99 | 948.57 |

plus additional prejudgment interest from 11/9/99, at 8%

| | |
|---|---|
| TOTAL | $4,204.29 |
| Less payments | $ 0.00 |
| GRAND TOTAL | $4,204.29 |

This judgment will accrue interest from the date of judgment at the legal rate of 6.197% per annum.

6. On information and belief, defendant, Lorren A. Hagen, is commonly so known and is by occupation unknown, a last known address is XXXX XXXXXXX XXXXXX XXXXX, Minneapolis, Minnesota. Plaintiff understands and believes that defendant is not an infant or incompetent person, nor does the Defense Manpower Data Center indicate that defendant is in military service or in the armed forces of the United States of America or other friendly powers.

7. This amended declaration is being made in compliance with Rule 55(a) and (b) of the Federal Rules of Civil Procedure for the purpose of correcting a clerical error in the calculation of the judgment amount. The United States further requests that the Clerk amend the default judgment

entered in this action.

Pursuant to 28 U.S.C. § 1746(2), I declare under penalty of perjury that the foregoing is true and correct.

Executed on: April 23, 2007

s/ M. Trippler
BY: MARY TRIPPLER
Assistant United States Attorney
Attorney ID No. 110887