# UNITED STATES DISTRICT COURT
## District of Minnesota

United States of America
Plaintiff(s)
V.

Lorren A. Hagen
Defendant(s)

## JUDGMENT BY DEFAULT

Case Number: 00-1005 JMR/FLN

Affidavit of default, disbursements, identification and non-military service having been filed by plaintiff's attorney, and

It appearing that the above-named defendant(s) has/have been duly served with process, that more than twenty (20) days have elapsed since said service, and that said defendant(s) has/have failed to appear or plead in this cause;

Now, on motion of said plaintiff's attorney, a default is hereby entered and it is

**CONSIDERED, ORDERED AND ADJUDGED,** that the above-named plaintiff(s) does/do have and recover of and from said defendant(s) the sum of Four Thousand, Two Hundred Four Dollars and Twenty Nine Cents ($4,204.29).

Judgment signed this 14th day of June, 2000.

RICHARD D. SLETTEN, CLERK

s/Rena L. Riemer
(By) Rena Lexvold Riemer Deputy Clerk

| | |
|---|---|
| Principal/Damages | $2,602.70 |
| Costs and Disbursements | $150.00 |
| Interest to 11/9/99 | $1,451.59 |
| Surcharge | |
| **TOTAL JUDGMENT** | **$4,204.29** |